UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JAMES L. MAYERS,<br><br>               Defendant. | Case No. CR18-132-RAJ<br><br>**ORDER** |

The Court GRANTS the motion to permit Zenon Olbertz attorney at law to withdraw as defendant's attorney in this matter, Dkt. 163, and ORDERS Mr. Olbertz may withdraw as counsel.

DATED this 14th day of June, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 1