Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES L. MAYERS,

Defendant.

No.  2:18-cr-00132-RAJ

ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE

This matter comes before the Court upon the motion of Defendant James L. Mayers to continue the trial date in this matter and to extend the pretrial motions deadline.  Having considered the motion, agreed upon by the government, and all the files and records herein, the Court finds and rules as follows:

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) that this case is sufficiently unusual and complex, due the combination of the nature of the prosecution, as well as the existence of novel questions of fact, that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date.

///

///

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
*United States v. Mayers,* 2:18-cr-00132-RAJ

1    THE COURT FURTHER FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that the failure to grant a continuance to February 2023 would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice.

    THE COURT FINDS, in light of these factors, that it is unlikely that the parties can be reasonably ready to try this matter before February 2023, at the earliest.

    THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay, in that the defendant has indicated he and his counsel require more time to prepare for trial and believe that February 2023 is the earliest that they could be prepared to proceed to trial.  The Court finds that given the complexity of the case, and the volume of discovery produced, and still to be produced, that this amount of time is, in fact, necessary.

    NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant James Mayers' unopposed motion to continue trial date and pretrial motions deadline (Dkt. 1020) is GRANTED.  The trial date is continued to February 27, 2023.  All pretrial motions, including motions in limine, shall be filed no later than January 12, 2023.

    IT IS FURTHER ORDERED that the time between the date of this Order and the new trial date of February 27, 2023, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, *et seq*.

    DATED this 14th day of July, 2022.

HON. RICHARD A. JONES
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
*United States v. Mayers,* 2:18-cr-00132-RAJ